UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

42997

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:

TREVOR A. ANGLIN
ANDREA L. WALKER

Order Filed on December 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-16620

Adv. No.

Hearing Date: 11-22-16

Judge: (ABA)

# ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 21, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Trevor A. Anglin and Andrea L. Walker
Case No: 16-16620
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Eric Clayman, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2010 Honda Accord bearing vehicle identification number 1HGCP2F42AA152003.**
2. **That after application to the debtors' account of certified funds in the amount of $715.00 remitted on November 22, 2016, the debtors' account continues to have arrears through November 2016 in the amount of $930.84.**
3. **That the debtors are to cure the arrears set forth in paragraph two (2) above and bring their account current through December 2016 by December 31, 2016 or Santander shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the debtors, their attorney, and the chapter 13 trustee.**
4. **That commencing January 2017, the debtors are to resume making regular monthly payments directly to Santander in accordance with the terms of the loan agreement.  If the debtors fail to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Santander shall be entitled to stay relief upon filing a certification with the court and serving it on the debtors, their attorney, and the chapter 13 trustee.**

**(Page 3)**
Debtors: Trevor A. Anglin and Andrea L. Walker
Case No: 16-16620
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the debtors fail to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtors, their attorney, and the chapter 13 trustee.**
6. That the debtors are to pay a counsel fee of $426.00 to Santander Consumer USA Inc. through their chapter 13 plan.