Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  16–16620–ABA

Chapter:  13

Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker–Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
  xxx–xx–4387                                      xxx–xx–2068

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on February 6, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 7, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Trevor A. Anglin                                                    Case No. 16-16620-ABA
Andrea L. Walker                                                   Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2          Date Rcvd: Feb 07, 2017
                             Form ID: 148           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
```
db/jdb          +Trevor A. Anglin,    Andrea L. Walker,    2265 Horner Avenue,    Pennsauken, NJ 08110-1758
516105249        AmeriHealth,    PO Box 21545,    Saint Paul, MN 55121-0545
516319238        BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516552258        BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516186022       +BANK OF AMERICA, N.A.,    Kivitz, McKeever, Lee, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
516105252       +Bank of America Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
516105255        Cooper Faculty OB/GYN,    c/o C & H Collection Services, Inc.,    1 Federal Street, N-100,
                 Camden, NJ 08103-1091
516321148        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516105257       +Haddon Emergency Physicians,    c/o Bay Area Credit Services,    PO Box 467600,
                 Atlanta, GA 31146-7600
516105258       +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive, Ste 100,
                 Mount Laurel, NJ 08054-1297
516105259       +M J Ackerman & Associates,    2301 Evesham Road  Ste 401,    Voorhees, NJ 08043-4505
516105261        New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516105262        Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516105263        Pennsauken EMS,    5606 N. Crescent Blvd,    Pennsauken, NJ 08110
516105264       +Pennsauken EMS,    c/o DM Medical Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516411750       +Santander Consumer USA Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
516105268        Terminix Processing Center,    PO Box 742592,    Cincinnati, OH 45274-2592
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516105250       +EDI: AFNIRECOVERY.COM Feb 07 2017 22:18:00      AT&T Mobility,    c/o AFNI, Inc.,    PO Box 3427,
                 Bloomington, IL 61702-3427
516105251        EDI: BANKAMER.COM Feb 07 2017 22:19:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
516105253       +EDI: WFNNB.COM Feb 07 2017 22:18:00      Comenity Bank/Avenue,    PO Box 182789,
                 Columbus, OH 43218-2789
516105254        EDI: WFNNB.COM Feb 07 2017 22:18:00      Comenity Bank/Avenue,
                 c/o Portfolio Recovery Associates,    PO Box 182125,    Columbus, OH 43218-2125
516105256       +EDI: PRA.COM Feb 07 2017 22:18:00      GE Capital Retail Bank,
                 c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502-4952
516105260       +EDI: TSYS2.COM Feb 07 2017 22:18:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
516322843        EDI: PRA.COM Feb 07 2017 22:18:00      Portfolio Recovery Associates, LLC,    c/o Avenue,
                 POB 41067,    Norfolk VA 23541
516156670       +EDI: DRIV.COM Feb 07 2017 22:19:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
516105266       +EDI: RMSC.COM Feb 07 2017 22:19:00      SYNCB/Lord & Taylor,    PO Box 965015,
                 Orlando, FL 32896-5015
516105265        EDI: DRIV.COM Feb 07 2017 22:19:00      Santander Consumer,    PO Box 105255,
                 Atlanta, GA 30348-5255
516411749       +EDI: DRIV.COM Feb 07 2017 22:19:00      Santander Consumer USA Inc.,
                 P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516158312       +EDI: DRIV.COM Feb 07 2017 22:19:00      Santander Consumer USA Inc.,    PO Box 961245,
                 Fort Worth, TX 76161-0244
516105267        EDI: MID8.COM Feb 07 2017 22:18:00      T-Mobile,    c/o Midland Funding LLC,    PO Box 60578,
                 Los Angeles, CA 90060-0578
516105269       +EDI: PRA.COM Feb 07 2017 22:18:00      World Financial Bank,    c/o Portfolio Recovery,
                 120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4952
                                                                                           TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Feb 07, 2017
                             Form ID: 148             Total Noticed: 33

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Eric   Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
            Eric   Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.
              mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
            Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
              bkgroup@kmllawgroup.com
            Stephanie F. Ritigstein    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
            Stephanie F. Ritigstein    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
                                                                              TOTAL: 8