UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

by:   Jeffrey E. Jenkins, Esq

In Re:

Trevor and Andrea Anglin,
debtors

Order Filed on February 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   16-16620

Chapter:   13

Judge:   ABA

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of <u>Jenkins & Clayman</u> for the reduction of time for a hearing on <u>Motion to Reinstate Chapter 13 Case</u> _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>Wed. March 1, 2017</u> at <u>9:30 AM</u> in the United States Bankruptcy Court, <u>400 Cooper Street, Camden, NJ 08101</u>, Courtroom No. <u>4B</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
<u>Isabel C. Balboa, Trustee and Santander Consumer</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
<u>All creditors</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to <u>Trustee, secured creditor and their counsel</u>

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3