UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Jeffrey E. Jenkins
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

**Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Trevor and Andrea Anglin
debtors

Case No.: 16-16620 ABA

Adv. No.:

Hearing Date:

Judge:   Altenburg

Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the Court having reviewed the motion and any opposition filed, and for good cause it is

**ORDERED** that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Trevor A. Anglin  
Andrea L. Walker  
    Debtors

Case No. 16-16620-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db/jdb        +Trevor A. Anglin,   Andrea L. Walker,   2265 Horner Avenue,   Pennsauken, NJ 08110-1758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Eric    Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net  
          Eric    Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Stephanie F. Ritigstein    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net  
          Stephanie F. Ritigstein    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net  
                                                                                                  TOTAL: 8