# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−16620−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Trevor A. Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Andrea L. Walker
aka Andrea L. Anglin, aka Andrea L.
Walker−Anglin
2265 Horner Avenue
Pennsauken, NJ 08110

Social Security No.:
    xxx−xx−4387                                          xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 18, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 18, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-16620-ABA
Trevor A. Anglin                                                      Chapter 13
Andrea L. Walker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 18, 2018
                              Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db/jdb         +Trevor A. Anglin,    Andrea L. Walker,    2265 Horner Avenue,    Pennsauken, NJ 08110-1758
516105249       AmeriHealth,    PO Box 21545,    Saint Paul, MN 55121-0545
516552258       BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516186022      +BANK OF AMERICA, N.A.,    Kivitz, McKeever, Lee, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
516105252      +Bank of America Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
516321148       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516105257      +Haddon Emergency Physicians,    c/o Bay Area Credit Services,    PO Box 467600,
                 Atlanta, GA 31146-7600
516105258      +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive, Ste 100,
                 Mount Laurel, NJ 08054-1297
516105259      +M J Ackerman & Associates,    2301 Evesham Road Ste 401,    Voorhees, NJ 08043-4505
516105261       New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516105262       Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516105263       Pennsauken EMS,    5606 N. Crescent Blvd,    Pennsauken, NJ 08110
516105264      +Pennsauken EMS,    c/o DM Medical Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516411750      +Santander Consumer USA Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
516105268       Terminix Processing Center,    PO Box 742592,    Cincinnati, OH 45274-2592
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 22:03:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 22:03:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516105250      +EDI: AFNIRECOVERY.COM Jun 19 2018 01:53:00      AT&T Mobility,    c/o AFNI, Inc.,    PO Box 3427,
                 Bloomington, IL 61702-3427
516105251       EDI: BANKAMER.COM Jun 19 2018 01:53:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
516319238       EDI: BANKAMER.COM Jun 19 2018 01:53:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO Box 31785,    Tampa, FL 33631-3785
516105253      +EDI: WFNNB.COM Jun 19 2018 01:53:00      Comenity Bank/Avenue,    PO Box 182789,
                 Columbus, OH 43218-2789
516105254       EDI: WFNNB.COM Jun 19 2018 01:53:00      Comenity Bank/Avenue,
                 c/o Portfolio Recovery Associates,    PO Box 182125,    Columbus, OH 43218-2125
516105255       E-mail/Text: info@chcollects.com Jun 18 2018 22:04:03      Cooper Faculty OB/GYN,
                 c/o C & H Collection Services, Inc.,    1 Federal Street, N-100,    Camden, NJ 08103-1091
516105256      +EDI: PRA.COM Jun 19 2018 01:53:00      GE Capital Retail Bank,
                 c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502-4952
516105260      +EDI: TSYS2.COM Jun 19 2018 01:53:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
516322843       EDI: PRA.COM Jun 19 2018 01:53:00      Portfolio Recovery Associates, LLC,    c/o Avenue,
                 POB 41067,    Norfolk VA 23541
516156670      +EDI: DRIV.COM Jun 19 2018 01:53:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                 DALLAS, TX 75356-0284
516105266      +EDI: RMSC.COM Jun 19 2018 01:53:00      SYNCB/Lord & Taylor,    PO Box 965015,
                 Orlando, FL 32896-5015
516105265       EDI: DRIV.COM Jun 19 2018 01:53:00      Santander Consumer,    PO Box 105255,
                 Atlanta, GA 30348-5255
516411749      +EDI: DRIV.COM Jun 19 2018 01:53:00      Santander Consumer USA Inc.,
                 P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516158312      +EDI: DRIV.COM Jun 19 2018 01:53:00      Santander Consumer USA Inc.,    PO Box 961245,
                 Fort Worth, TX 76161-0244
516105267       EDI: MID8.COM Jun 19 2018 01:53:00      T-Mobile,    c/o Midland Funding LLC,    PO Box 60578,
                 Los Angeles, CA 90060-0578
516105269      +EDI: PRA.COM Jun 19 2018 01:53:00      World Financial Bank,    c/o Portfolio Recovery,
                 120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4952
                                                                                              TOTAL: 18
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
517576174*     +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2018
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
          Eric   Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
                                                                                             TOTAL: 8
```