Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.:  16−16620−ABA
                       Chapter:  13
                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trevor A. Anglin                                       Andrea L. Walker
   2265 Horner Avenue                          aka Andrea L. Anglin, aka Andrea L.
   Pennsauken, NJ 08110                       Walker−Anglin
                                                            2265 Horner Avenue
                                                            Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4387                                          xxx−xx−2068

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      7/26/18
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 5/1/2018 to 6/13/2018

COMMISSION OR FEES
$1,000.00

EXPENSES
$23.39

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 19, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-16620-ABA
Trevor A. Anglin                                                Chapter 13
Andrea L. Walker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: 137            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
```
db/jdb         +Trevor A. Anglin,    Andrea L. Walker,    2265 Horner Avenue,    Pennsauken, NJ 08110-1758
516105249       AmeriHealth,    PO Box 21545,    Saint Paul, MN 55121-0545
516105251     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
516319238       BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516552258       BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516186022      +BANK OF AMERICA, N.A.,    Kivitz, McKeever, Lee, P.C.,    216 Haddon Avenue, Suite 406,
                Westmont, NJ 08108-2812
516105252      +Bank of America Home Loans,    4909 Savarese Circle,    Tampa, FL 33634-2413
516105253      +Comenity Bank/Avenue,    PO Box 182789,    Columbus, OH 43218-2789
516105254       Comenity Bank/Avenue,    c/o Portfolio Recovery Associates,    PO Box 182125,
                Columbus, OH 43218-2125
516321148       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516105257      +Haddon Emergency Physicians,    c/o Bay Area Credit Services,    PO Box 467600,
                Atlanta, GA 31146-7600
516105258      +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive, Ste 100,
                Mount Laurel, NJ 08054-1297
516105259      +M J Ackerman & Associates,    2301 Evesham Road Ste 401,    Voorhees, NJ 08043-4505
516105260      +Macy's,    PO Box 8218,    Mason, OH 45040-8218
516105261       New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
516105262       Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
516105263       Pennsauken EMS,    5606 N. Crescent Blvd,    Pennsauken, NJ 08110
516105264      +Pennsauken EMS,    c/o DM Medical Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516156670      +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
516105265       Santander Consumer,    PO Box 105255,    Atlanta, GA 30348-5255
516158312      +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
516411750      +Santander Consumer USA Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                Moorestown, NJ 08057-3125
516411749      +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516105268       Terminix Processing Center,    PO Box 742592,    Cincinnati, OH 45274-2592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516105250      +E-mail/Text: EBNProcessing@afni.com Jun 19 2018 23:56:12      AT&T Mobility,    c/o AFNI, Inc.,
                PO Box 3427,    Bloomington, IL 61702-3427
516105253      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2018 23:55:50      Comenity Bank/Avenue,
                PO Box 182789,    Columbus, OH 43218-2789
516105254       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2018 23:55:50      Comenity Bank/Avenue,
                c/o Portfolio Recovery Associates,    PO Box 182125,    Columbus, OH 43218-2125
516105255       E-mail/Text: info@chcollects.com Jun 19 2018 23:57:03      Cooper Faculty OB/GYN,
                c/o C & H Collection Services, Inc.,    1 Federal Street, N-100,    Camden, NJ 08103-1091
516105256      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:20:06
                GE Capital Retail Bank,    c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,
                Norfolk, VA 23502-4952
516322843       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:20:06
                Portfolio Recovery Associates, LLC,    c/o Avenue,    POB 41067,    Norfolk VA 23541
516105266      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:22      SYNCB/Lord & Taylor,
                PO Box 965015,    Orlando, FL 32896-5015
516105267       E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 23:55:59      T-Mobile,
                c/o Midland Funding LLC,    PO Box 60578,    Los Angeles, CA 90060-0578
516105269      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 00:41:10
                World Financial Bank,    c/o Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                Norfolk, VA 23502-4952
                                                                                                TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
517576174*     +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: 137             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
          Eric   Clayman    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Trevor A. Anglin jenkins.clayman@verizon.net
          Stephanie F. Ritigstein    on behalf of Joint Debtor Andrea L. Walker jenkins.clayman@verizon.net
                                                                                             TOTAL: 8
```