Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16−16620−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Trevor A. Anglin<br>2265 Horner Avenue<br>Pennsauken, NJ 08110 | Andrea L. Walker<br>aka Andrea L. Anglin, aka Andrea L.<br>Walker−Anglin<br>2265 Horner Avenue<br>Pennsauken, NJ 08110 |

Social Security No.:
  xxx−xx−4387                                 xxx−xx−2068
Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 11, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court